UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOSHUA W. H.,<br><br>    Plaintiff,<br><br>vs.<br><br>Martin J. O'Malley,<br><br>    Defendant. | Case No. CV-23-90-H-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED..

  Dated this 19TH   day of March, 2025

          TYLER P. GILMAN, CLERK


        By: /s/ Hailey Jaksha
          Deputy Clerk